IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
CIVIL ACTION NO. 3:18-CV-373-RJC-DCK

| | |
|---|---|
| MOVEMENT MORTGAGE, LLC, | ) |
| Plaintiff, | ) |
| v. | ) **ORDER** |
| BRADLEY P. JAGACKI and KEITH A. SIMON, | ) |
| Defendants. | ) |

**THIS MATTER IS BEFORE THE COURT** on the "Motion For Admission *Pro Hac Vice* And Affidavit" (Document No. 4) filed by Chris W. Haaf, concerning Kathleen B. Dodd Barton on July 23, 2018. Ms. Kathleen B. Dodd Barton seeks to appear as counsel *pro hac vice* for Plaintiff Movement Mortgage, LLC. Upon review and consideration of the motion, which was accompanied by submission of the necessary fee and information, the Court will grant the motion.

**IT IS, THEREFORE, ORDERED** that in accordance with Local Rule 83.1, the "Motion For Admission *Pro Hac Vice* And Affidavit" (Document No. 4) is **GRANTED.** Ms. Kathleen B. Dodd Barton is hereby admitted *pro hac vice* to represent Plaintiff Movement Mortgage, LLC.

**SO ORDERED**.

Signed: July 24, 2018

David C. Keesler
United States Magistrate Judge